UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ebony Gibson,<br><br>    Plaintiff,<br> v.<br><br>Commonwealth Financial Systems, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 1:12-cv-02549-DAP |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated February 19, 2013

                 Respectfully submitted,

                 /s/ Sergei Lemberg

                 Sergei Lemberg, Esq.
                 Lemberg & Associates, LLC
                 1100 Summer Street, 3rd Floor
                 Stamford, CT 06905
                 Phone: (203) 653-2250
                 Fax:  (203) 653-3424
                 Email: slemberg@lemberglaw.com
                 Attorneys for Plaintiff:
                 Ebony Gibson

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/Sergei Lemberg_____

                                              Sergei Lemberg, Esq.