**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **EBONY GIBSON,** | ) CASE NO. 1:12cv2549 |
| | ) |
| Plaintiff, | ) **JUDGE DAN AARON POLSTER** |
| | ) |
| vs. | ) <u>**ORDER**</u> |
| | ) |
| **COMMONWEALTH FINANCIAL SYSTEMS, INC.,** | ) |
| | ) |
| Defendant(s). | ) |

  The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice. Notice by the Clerk of Courts being hereby waived.

  The Court retains jurisdiction over the settlement agreement.

  **IT IS SO ORDERED.**

<u> /s/Dan Aaron Polster 2/25/13 </u>
**Dan Aaron Polster**
**United States District Judge**